# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORDAN A. HOWARD, on behalf of himself and all other similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>QUANTUMSCAPE CORPORATION F/K/A KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH,<br><br>  Defendants. | Case No. 1:21-cv-01004<br><br>District Judge: John Robert Blakey<br>Magistrate Judge: Jeffrey T. Gilbert |

## NOTICE NON-OPPOSITION TO THE COMPETING MOTIONS FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Movant Richard McCarthy ("Movant") respectfully submits this Notice of Non-Opposition to the Competing Motions for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel.

Having reviewed the competing motions filed by the other movants seeking appointment as lead plaintiff, it appears that Movant does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. If, however, the Court was to determine that the other lead plaintiff movants with losses larger than Movant are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as a class representative. This non-opposition shall have no impact on Movant's membership in

the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

DATED: March 19, 2021

Respectfully submitted,

/s/*Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 West Jackson, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Email: malmstrom@whafh.com

*Counsel for Richard McCarthy*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: lhasson@bernlieb.com

*Counsel for Richard McCarthy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Carl V. Malmstrom*

Carl V. Malmstrom