## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JORDAN A. HOWARD, | |
| Plaintiff, | Case No. 1:21-cv-01004 |
| v. | Honorable John Robert Blakey |
| QUANTUMSCAPE CORPORATION f/k/a KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES JORDAN A. HOWARD ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, QUANTUMSCAPE CORPORATION f/k/a KENSINGTON CAPITAL ACQUISITION CORP., and JAGDEEP SINGH, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 21, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 21, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim