# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jordan A. Howard, et al.

                                      Plaintiff,

v.                                                              Case No.: 1:21−cv−01004

                                                                                Honorable John Robert Blakey

QuantumScape Corporation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 22, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of voluntary dismissal [61], this case is dismissed without prejudice. Any pending deadlines are stricken. Any pending motions are denied as moot. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.